Kay L. SOULE, Respondent,

v.

FOREST LAKE CLINIC d/b/a Allina Medical Group, Self–Insured/Gallagher Bassett Services, Relators,

Medica Choice for HRI, Intervenor.

No. C1–01–1155.

Supreme Court of Minnesota.

Sept. 27, 2001.

Douglas J. Brown, Brown & Carlson, PA, Minneapolis, for relator.

Richard S. Eskola, Moore, Halsey & Eskola, LLC, Fridley, for respondent.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed June 11, 2001, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).